## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALICIA COHAGEN, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     Case No. CIV-23-433-AMG |
| | ) |
| ELK CITY PUBLIC SCHOOLS, | ) |
| | ) |
|     **Defendant.** | ) |

## ADMINISTRATIVE CLOSING ORDER

On counsel's representation that the parties have reached a settlement and compromise of all claims in this case, it is ORDERED that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **30** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). See *Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

**ENTERED** this 15th day of October, 2024.

*Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE